IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARAINE HARRIS and ERIC MATTEA, On behalf of themselves and all others similarly situated, | ) ) ) ) | 8:09CV154 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| D. SCOTT CARRUTHERS & ASSOC., REGENT ASSET MANAGEMENT SOLUTIONS AND UNITED CREDIT MANAGEMENT CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the planning conference in this matter is rescheduled for:

**Thursday, September 24, 2009, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 4th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court