IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,    )
on behalf of themselves and all    )
others similarly situated,         )
                                   )
              Plaintiffs,          )        8:09CV154
                                   )
         v.                        )
                                   )
D. SCOTT CARRUTHERS & ASSOC.,      )        AMENDED ORDER
REGENT ASSET MANAGEMENT SOLUTIONS, )
and UNITED CREDIT MANAGEMENT CORP.,)
                                   )
              Defendants.          )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time to file reply to defendants' opposition to motion to compel (Filing No. 52).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until December 9, 2009, to reply to defendants' opposition to motion to compel.

DATED this 20th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court