IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,   )
on behalf of themselves and all   )
others similarly situated,        )
                                  )
               Plaintiffs,        )         8:09CV154
                                  )
     v.                           )
                                  )
D. SCOTT CARRUTHERS & ASSOC.,     )         ORDER
REGENT ASSET MANAGEMENT SOLUTIONS,)
and UNITED CREDIT MANAGEMENT CORP.,)
                                  )
               Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of time to file opposition to defendants' motion to strike plaintiffs' request for inspection (Filing No. 66). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until December 24, 2009, to file opposition to defendants' motion to strike plaintiffs' request for inspection.

DATED this 11th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court