IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,     )
on behalf of themselves and all     )
others similarly situated,          )
                                    )
               Plaintiffs,          )      8:09CV154
                                    )
     v.                             )
                                    )
D. SCOTT CARRUTHERS & ASSOC.,       )      ORDER
REGENT ASSET MANAGEMENT SOLUTIONS,  )
and UNITED CREDIT MANAGEMENT CORP., )
                                    )
               Defendants.          )
_____)
```

IT IS ORDERED that a conference in this matter concerning pending discovery motions is scheduled for:

**Wednesday, February 3, 2010, at 9 a.m.**

in the Chambers of the undersigned.  The parties may participate by telephone by notifying Judge Strom's office: (402) 661-7320.

DATED this 26th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court