IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,    )
on behalf of themselves and all    )
others similarly situated,         )
                                   )
                Plaintiffs,        )         8:09CV154
                                   )
        v.                         )
                                   )
D. SCOTT CARRUTHERS & ASSOC.,      )         ORDER
REGENT ASSET MANAGEMENT SOLUTIONS, )
and UNITED CREDIT MANAGEMENT CORP.,)
                                   )
                Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to continue conference (Filing No. 86). After meeting with counsel, the Court will grant the motion. Accordingly,

IT IS ORDERED that the motion is granted; the hearing concerning pending discovery motions is scheduled for:

**Wednesday, February 10, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties must be present and the hearing will be on the record.

DATED this 5th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court