IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,   )
on behalf of themselves and all   )
others similarly situated,        )
                                  )
                 Plaintiffs,      )         8:09CV154
                                  )
     v.                           )
                                  )
D. SCOTT CARRUTHERS & ASSOC.,     )         ORDER
REGENT ASSET MANAGEMENT SOLUTIONS,)
and UNITED CREDIT MANAGEMENT CORP.,)
                                  )
                 Defendants.      )
_____)
```

This matter is before the Court to resolve several discovery motions outstanding in this case, which the parties discussed at today's hearing.

IT IS ORDERED:

1) Plaintiffs' motion to inspect (Filing No. 36) is denied without prejudice;

2) Defendants' motion to strike (Filing No. 62) is denied as moot; and

3) Plaintiffs' motion to compel deposition of witnesses (Filing No. 75) is denied without prejudice.

4) The Court withholds judgment on plaintiffs' motion to compel responses to deposition questions (Filing No. 83), in anticipation of defendants filing a brief opposing that motion.

DATED this 10th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court