IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARAINE HARRIS and ERIC MATTEA, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV154 |
| v. | ) ) ) | |
| D. SCOTT CARRUTHERS & ASSOC., REGENT ASSET MANAGEMENT SOLUTIONS, and UNITED CREDIT MANAGEMENT CORP., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the hearing on the motion for class action is cancelled.  A status conference is scheduled for:

**Wednesday, March 17, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court