IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

LARAINE HARRIS and ERIC MATTEA,      )
on behalf of themselves and all      )
others similarly situated,           )
                                     )
          Plaintiffs,                )          8:09CV154
                                     )
     v.                              )
                                     )
D. SCOTT CARRUTHERS & ASSOC.,        )          ORDER
REGENT ASSET MANAGEMENT SOLUTIONS,   )
and UNITED CREDIT MANAGEMENT CORP.,  )
                                     )
          Defendants.                )
_____)

          This matter is before the Court after the conference

the Court held with the parties today.  Accordingly,

          IT IS ORDERED:

          1)  The plaintiffs' motion to compel discovery

responses (Filing No. 102) is granted in part and denied in part:

          a.   The defendants shall disclose their net worth to
               the plaintiffs;

          b.   The defendants shall disclose the number of people
               who were sent letters similar to Exhibits A-D of
               the Amended Complaint (Filing No. 13-2) to the
               plaintiffs, but the defendants are not required at
               this time to disclose the names or contact
               information of those people; and

          c.   The motion is denied in all other
               respects;

          2)  The plaintiffs' motion to compel inspection (Filing

No. 104) is denied without prejudice; and

          3)  The plaintiffs' motion to extend time to complete

class discovery (Filing No. 97) is granted:

          a.   The plaintiffs shall file a motion
               for class certification by Friday,

April 9, 2010, in which the plaintiffs shall set forth specific facts supporting class certification;

b.      The Court will hold a planning conference on Thursday, April 15, 2010, at 9:00 a.m. at which the Court will determine whether the plaintiffs have set forth sufficient information to justify holding a class certification hearing and, if so, to set a class certification hearing.

DATED this 17th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-