IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARAINE HARRIS and ERIC MATTEA, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>) | | |
| Plaintiffs, ) | | 8:09CV154 |
| ) | | |
| v. ) | | |
| ) | | |
| D. SCOTT CARRUTHERS & ASSOC., REGENT ASSET MANAGEMENT SOLUTIONS, and UNITED CREDIT MANAGEMENT CORP., )<br>)<br>) | | ORDER |
| ) | | |
| Defendants. ) | | |

This matter is before the Court on defendants' agreed motion for extension of filing deadlines (Filing No. 113). The Court will grant the motion. Accordingly,

IT IS ORDERED that the motion is granted; defendants shall have until May 26, 2010, to file a response to plaintiffs' motion to certify class. Plaintiffs shall have until June 9, 2010, to file a reply brief.

DATED this 21st day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court