IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,    )
on behalf of themselves and all    )
others similarly situated,         )
                                   )
               Plaintiffs,         )       8:09CV154
                                   )
     v.                            )
                                   )
D. SCOTT CARRUTHERS & ASSOC.,      )       ORDER
REGENT ASSET MANAGEMENT SOLUTIONS, )
and UNITED CREDIT MANAGEMENT CORP.,)
                                   )
               Defendants.         )
_____)
```

   This matter is before the Court pursuant to the motion to certify class (Filing No. 108).  In defendants' brief opposing class certification, defendants state they will provide financial records to the Court at the class certification hearing, which will detail defendants' purported negative net worth (*See* Filing No. 115, at 5, 22).  In preparation for the class certification hearing on June 25, 2010, the Court would like to review these records.

   IT IS ORDERED that defendants will submit to the Court for *in camera* review all financial records they will use at the class certification hearing by **Friday, June 18, 2010.**

   DATED this 1st day of June, 2010.

                                   BY THE COURT:

                                   /s/ Lyle E. Strom
                                   _____
                                   LYLE E. STROM, Senior Judge
                                   United States District Court