IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARAINE HARRIS and ERIC MATTEA,     )
on behalf of themselves and all     )
others similarly situated,          )
                                    )
              Plaintiffs,           )         8:09CV154
                                    )
         v.                         )
                                    )
D. SCOTT CARRUTHERS & ASSOC.,       )         ORDER AND JUDGMENT
REGENT ASSET MANAGEMENT SOLUTIONS,  )
and UNITED CREDIT MANAGEMENT CORP., )
                                    )
              Defendants.           )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiffs' motion for class certification (Filing No. 108) is granted;

2) Two classes will be certified pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), under the following definitions:

> a) The "FDCPA class": All persons with addresses in Nebraska, to whom defendants sent, or caused to be sent, any letter in the form of the letters attached to the Amended Complaint (Exhibits A, B, C, and/or D), in an attempt to collect an alleged debt, which, as shown by the nature of the alleged debt, defendants' records, or the records of the original creditors, was primarily for personal, family, or household purposes, during the period one year prior to the date of filing this action; and

     b. The "NCPA class":  The "FDCPA class":  All persons with addresses in Nebraska, to whom defendants sent, or caused to be sent, any letter in the form of the letters attached to the Amended Complaint (Exhibits A, B, C, and/or D), in an attempt to collect an alleged debt, which, as shown by the nature of the alleged debt, defendants' records, or the records of the original creditors, was primarily for personal, family, or household purposes, during the period four years prior to the date of filing this action;

  3) Laraine Harris and Eric Mattea are appointed as class representatives for both the NCPA class and the FDCPA class; and

  4) Car & Reinbrecht, P.C., LLO, is appointed as class counsel for both the NCPA class and the FDCPA class.

  DATED this 13th day of July, 2010.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court